# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLIFTON SELIGA and BRENDA SELIGA, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD.; MOUNTAIN AIR SERVICE, LLC; VENTURE TRAVEL, LLC, DOING BUSINESS AS TAQUAN AIR <br><br> Defendants. | Case No.: 2:20-cv-10274-CAS-JC <br><br> [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT TO ALLOW THE PARTIES TIME TO CONDUCT MEDIATION |

The Parties Joint Stipulation To Extend Time To Respond To Initial Complaint To Allow The Parties Time To Conduct Mediation, came before the Court;

The Court having received and read the Parties Stipulation, and being so advised in the matter, and finding good cause;

The Parties Stipulation is **GRANTED**.

**IT IS SO ORDERED.**

DATED: February ____, 2021.

_____
Christina A. Snyder
United States District Judge