1  Robert F. Hedrick (State Bar No. 149068)
2  Aviation Law Group, PS
3  3431 E. Superior St.
   Seattle, WA 98122
4  Phone: 206-464-1177
5  Email: hedrick@aviationlawgroup.com

6  Gretchen Nelson (State Bar No. 112566)
   Stuart R. Fraenkel (State Bar No. 173991)
7  Carlos F. Llinás Negret (State Bar No. 284746)
8  NELSON & FRAENKEL LLP
   601 S. Figueroa Street, Suite 2050
9  Los Angeles, California 90017
   Tel.:213-622-6469
10 Fax: 213-622-6019
11 Email:stuart@nflawfirm.com
   gnelson@nflawfirm.com
12 cllinas@nflawfirm.com

*Attorneys for Plaintiffs Clifton Seliga and Brenda Seliga*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CLIFTON SELIGA and BRENDA SELIGA,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>PRINCESS CRUISE LINES, LTD.; MOUNTAIN AIR SERVICE, LLC; VENTURE TRAVEL, LLC, DOING BUSINESS AS TAQUAN AIR,<br><br>　　　Defendants. | Case No.: 2:20-cv-10274-CAS-JC<br><br>***NOTICE OF ERRATA* RE. JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT TO ALLOW THE PARTIES TIME TO CONDUCT MEDIATION** |

Clifton Seliga and Brenda Seliga ("Plaintiffs"), respectfully submit this errata to the Joint Stipulation to Extend Time to Respond to Initial Complaint To Allow the Parties Time to Conduct Mediation (hereinafter "Stipulation"), which was filed on February 22, 2021, at Docket No. 9, in order to correct an inadvertent clerical error.

Exhibit "B," at Docket 9 - 3 to the Stipulation meant to include copies of executed waiver of service forms signed by all Defendants. Due to an inadvertent clerical error, only the waiver of service form executed by Defendant MOUNTAIN AIR SERVICE, LLC was attached. Plaintiffs therefore supplement the record to include Waivers of Service executed by Defendant PRINCESS CRUISE LINES, LTD. and Defendant VENTURE TRAVEL, LLC, DOING BUSINESS AS TAQUAN AIR as "Supplemental Exhibit B."

DATED: 2/23/2021                                        NELSON & FRAENKEL, LLP

*/s/ Carlos F. Llinás Negret*
Carlos F. Llinás Negret, Esq.
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing document was served on all counsel electronically.

*/s/ Carlos F. Llinás Negret*