**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLIFTON SELIGA and BRENDA SELIGA,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.; MOUNTAIN AIR SERVICE, LLC; VENTURE TRAVEL, LLC, DOING BUSINESS AS TAQUAN AIR<br><br>    Defendants. | Case No.: 2:20-cv-10274-CAS-JCx<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT TO ALLOW THE PARTIES TIME TO CONDUCT MEDIATION |

The Parties Joint Stipulation To Extend Time To Respond To Initial Complaint To Allow The Parties Time To Conduct Mediation, came before the Court;

The Court having received and read the Parties Stipulation, and being so advised in the matter, and finding good cause;

The Parties Stipulation is **GRANTED**.

**IT IS SO ORDERED.**

DATED: February 23, 2021.

_____
Christina A. Snyder
United States District Judge