Ralph S. LaMontagne, Jr. [State Bar No. 91536]
rlamontagne@l-a-lawoffices.com
Eric A. Amador [State Bar No. 143395]
eamador@l-a-lawoffices.com
Thomas T. Carpenter [State Bar No. 98051]
tcarpenter@l-a-lawoffices.com
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101

Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
VENTURE TRAVEL, L.L.C., doing business as
TAQUAN AIR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON J. SELIGA et al., | Case No. 2:20-cv-10274-CAS-JC |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF LOCAL RULE 8.3 STIPULATION (DOCKET ENTRY 12)** |
| PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR, | |
| Defendants. | |

NOTICE OF WITHDRAWAL

The Parties to this action file this Notice of Withdrawal and hereby Withdraw the Stipulation filed pursuant to Local Rule 8.3 (Docket Entry 12) as same has been rendered moot by the Order of the Honorable Christina A Snyder (Docket Entry 13).

Dated:  February 26, 2021                    LaMONTAGNE & AMADOR LLP

                                             By:   /s/  Ralph S. LaMontagne, Jr.
                                                  Ralph S. LaMontagne, Jr.
                                                  Eric A. Amador
                                                  Thomas T. Carpenter
                                                  Attorneys for Defendant
                                                  VENTURE TRAVEL, L.L.C., doing
                                                  business as TAQUAN AIR

Dated:  February 26, 2021                    NELSON & FRAENKEL LLP

                                             By:   /s/ Carlos F. Llinás Negret
                                                  Stuart R. Fraenkel
                                                  Gretchen Nelson
                                                  Carlos F. Llinás Negret
                                                  Attorneys for Plaintiffs
                                                  KEVIN ECKELKAMP and
                                                  ELIZABETH ECKELKAMP

Dated:  February 26, 2021                    FLYNN DELICH & WISE LLP

                                             By:   /s/  Nicholas S. Politis
                                                  Nicholas S. Politis
                                                  Attorneys for Defendant
                                                  PRINCESS CRUISE LINES, LTD.,
                                                  doing business as PRINCESS CRUISES

Dated:  February 26, 2021                    WORTHE HANSON & WORTHE

                                             By:   /s/  John Hanson
                                                  John Hanson
                                                  Attorneys for Defendant
                                                  MOUNTAIN AIR SERVICE, LLC,
                                                  doing business as MOUNTAIN AIR

1

## __ATTESTATION__

2

3
    Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed,

4
and on whose behalf the filing is submitted, concur in the content of this filing and

5
have authorized this filing.

6
Dated:  February 26, 2021          LaMONTAGNE & AMADOR LLP

7

8
By:  /s/  *Ralph S. LaMontagne, Jr.*
         Ralph S. LaMontagne, Jr.

9
         Eric A. Amador

10
         Thomas T. Carpenter
         Attorneys for Defendant

11
         VENTURE TRAVEL, L.L.C., doing

12
         business as TAQUAN AIR

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAL