1   Ralph S. LaMontagne, Jr. [State Bar No. 91536]
    rlamontagne@l-a-lawoffices.com
2   Eric A. Amador [State Bar No. 143395]
    eamador@l-a-lawoffices.com
3   Thomas T. Carpenter [State Bar No. 98051]
    tcarpenter@l-a-lawoffices.com
4   LaMONTAGNE & AMADOR LLP
    150 S. Los Robles Avenue, Suite 940
5   Pasadena, California 91101
    Telephone:  (626) 765-6800
6   Facsimile:  (626) 765-6801

7   Attorneys for Defendant
    VENTURE TRAVEL, LLC,, doing business as
8   TAQUAN AIR

9                    **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  CLIFTON J. SELIGA, Individually and as ) Case No. 2:20-cv-10274-CAS-JC
13  Husband of BRENDA C. SELIGA,          )
    BRENDA C. SELIGA, Individually and    )
14  as Wife of CLIFTON J. SELIGA,         ) **NOTICE OF PENDING**
                                          ) **SETTLEMENT OF ACTION**
15              Plaintiffs,               )
                                          )
16         vs.                            )
                                          )
17  PRINCESS CRUISE LINES, LTD., doing    )
    business as PRINCESS CRUISES,         )
18  VENTURE TRAVEL, LLC, doing            )
    business as TAQUAN AIR; and           )
19  MOUNTAIN AIR SERVICE, LLC, doing      )
    business as MOUNTAIN AIR,             )
20                                        )
               Defendants.               )
21  _____ )

22

23

24

25

26

27

28

---
                    Notice Of Pending Settlement Of Action

242025

1    **TO THE HONORABLE COURT:**

2         **PLEASE TAKE NOTICE** that, following extended mediation proceedings

3    that commenced on March 18, 2021, the parties have agreed to a settlement. It is

4    respectfully requested that the Court allow parties sufficient time to work out the

5    specific terms of the settlement agreement/release and for the settlement monies to be

6    paid. It is anticipated that the settlement agreement/release should be completed, and

7    full settlement funds paid within sixty days.  Upon completion of the foregoing

8    plaintiffs shall file a dismissal with prejudice.  The parties shall contact the Court

9    prior to the expiration of sixty days if additional time is necessary.  The parties

10   further request that the current due date for filing of responsive pleadings/motions,

11   *i.e.,* April 9, 2021, be vacated.

12

13   Dated:  April 8, 2021                AVIATION LAW GROUP PS

14                                   By:  /s/ *Robert F. Hedrick*

15                                         Robert F. Hedrick

16                                         Attorneys for Plaintiffs

17                                         CLIFTON J. SELIGA and BRENDA
                                         C. SELIGA

18

19   Dated:  April 8, 2021                FLYNN DELICH & WISE LLP

20                                     By:  /s/ *Nicholas S. Politis*

21                                         Nicholas S. Politis

22                                         Attorneys for Defendant
                                         PRINCESS CRUISE LINES, LTD.,

23                                         doing business as PRINCESS CRUISES

24

25

26

27

28

1

Notice Of Pending Settlement Of Action

242025

1
2
Dated:  April 8, 2021                    WORTHE HANSON & WORTHE

3                                        By:  /s/  *John Hanson*
4                                              John Hanson
                                               Attorneys for Defendant
5                                              MOUNTAIN AIR SERVICE, LLC,
                                               doing business as MOUNTAIN AIR
6

7
Dated:  April 8, 2021                    LaMONTAGNE & AMADOR LLP
8
9                                        By:  /s/  *Ralph S. LaMontagne, Jr.*
                                               Ralph S. LaMontagne, Jr.
10                                             Eric A. Amador
                                               Thomas T. Carpenter
11                                             Attorneys for Defendant
12                                             VENTURE TRAVEL, L.L.C., doing
                                               business as TAQUAN AIR
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice Of Pending Settlement Of Action

242025

1

## **ATTESTATION**

2

3    Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed,

4    and on whose behalf the filing is submitted, concur in the content of this filing and

5    have authorized this filing.

6    Dated:  April 8, 2021                    LaMONTAGNE & AMADOR LLP

7

8                                             By:  /s/  *Ralph S. LaMontagne, Jr.*
                                                  Ralph S. LaMontagne, Jr.

9                                                 Eric A. Amador
                                                  Thomas T. Carpenter

10                                                Attorneys for Defendant

11                                                VENTURE TRAVEL, L.L.C., doing
                                                  business as TAQUAN AIR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Of Pending Settlement Of Action

242025